**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lamont DIGSBY, Defendant–Appellant.**

No. 02–7254.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 31, 2002.

Lamont Digsby, Appellant Pro Se.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Lamont Digsby seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Digsby has not made a substantial showing of the denial of a constitutional right. *See United States v. Digsby,* Nos. CR–00–88; CA–02–143–3–2–MU (W.D.N.C. July 31, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*